419.  PHILLIPS *v.* THE STATE.

420.  PHILLIPS *v.* THE STATE.

421.  THOMAS *v.* THE STATE.

POWELL, J. 1. The rule announced in the Penal Code, § 985, declaring the distinction ordinarily existing between the weight to be given to positive testimony and that to be given to negative testimony, while ofttimes useful to the jury as tending to facilitate the reconciliation of apparent conflicts in the evidence, is so inaptly stated in the code section referred to that to instruct the jury in the language there given is ordinarily error. *Warrick* v. *State*, 125 *Ga.* 142; *Minor* v. *State*, 120 *Ga.* 490; *Cowart* v. *State*, 120 *Ga.* 510; *So. Ry. Co.* v. *O'Bryan*, 119 *Ga.* 148; and the same case, 115 *Ga.* 659; *Innis* v. *State*, 42 *Ga.* 473; *Atlantic Coast Line R. Co.* v. *O'Neill*, 127 *Ga.* 685.

2. This rule does not apply at all, even with the qualifications mentioned in the cases cited above, to a case where two witnesses directly contradict each other as to the existence or non-existence of a thing, or as to the occurrence or non-occurrence of an action, when such thing, if it existed, or such action, if it occurred, would necessarily have been equally known to both of them. *Skinner* v. *State*, 108 *Ga.* 747; *Humphries* v. *State*, 100 *Ga.* 263; *Killian* v. *Ga. R. Co.*, 97 *Ga.* 728; Civil Code, § 5165.                    *Judgment reversed.*

Accusation of gaming, from city court of Jeffersonville—Judge Shannon.  March 14, 1907.

Argued April 22,—Decided April 25, 1907.

*W. D. Nottingham, L. D. Moore,* for plaintiff in error.

*M. J. Carswell, solicitor,* contra.